IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

*************************************************************************

| | | |
|---|---|---|
| **AARON UNDERWOOD** | ) | Case No.  3:23-cv-00982 |
| Plaintiff | ) | Judge James R. Knepp, II |
| v. | ) | **STIPULATION AND JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| **NORTH STAR BLUESCOPE STEEL, LLC** | ) | Francis J. Landry, (0006072)  **WASSERMAN, BRYAN, LANDRY & HONOLD, LLP** |
| | ) | 1090 West South Boundary, Suite 500 |
| Defendant | | Perrysburg, Ohio  43551 |
| | ) | Telephone:  (419) 243-1239 |
| | | Facsimile:  (419) 243-2719 |
| | ) | Attorney for Plaintiff Aaron Underwood |

*************************************************************************

    NOW COME the parties by and through their undersigned counsel and hereby stipulate that the within cause may be dismissed with prejudice   in its entirety and with the provision that each party bear his/its own costs and attorneys fees.

    Based upon the above stipulation and for good cause shown it is **ORDERED, ADJUDGED AND DECREED** that the within cause be and the same is hereby dismissed in its entirety with prejudice.  It is further **ORDERED, ADJUDGED AND DECREED** that each party

shall bear his/its own costs and attorneys fees.

**IT IS SO STIPULATED:**  **IT IS SO ORDERED:**

**/s/Francis J. Landry**  _____
Francis J. Landry  U.S. District Judge
Attorney for Plaintiff
WASSERMAN, BRYAN, LANDRY
& HONOLD, LLP
1090 West South Boundary, Ste. 500
Perrysburg, Ohio 43551

**/s/Elizabeth L. Bolduc  \***  _____
Elizabeth L. Bolduc  Date
Attorney for Defendant
Eastman & Smith LTD
One Seagate, 27th Floor
P. O. Box 10032
Toledo, Ohio 43699-0032
**\*consent per email 1/15/2024**