## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **AARON UNDERWOOD** | ) | Case No.  3:23-cv-00982 |
| Plaintiff | ) | Judge James R. Knepp, II |
| v. | ) | **STIPULATION AND JUDGMENT** |
| | ) | **ENTRY OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| **NORTH STAR BLUESCOPE STEEL, LLC** | ) | Francis J. Landry, (0006072) |
| | ) | **WASSERMAN, BRYAN, LANDRY** |
| | ) | **& HONOLD, LLP** |
| Defendant | | 1090 West South Boundary, Suite 500 |
| | ) | Perrysburg, Ohio  43551 |
| | | Telephone:  (419) 243-1239 |
| | ) | Facsimile:  (419) 243-2719 |
| | | Attorney for Plaintiff |
| | | Aaron Underwood |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW COME the parties by and through their undersigned counsel and hereby stipulate that the within cause may be dismissed with prejudice  in its entirety and with the provision that each party bear his/its own costs and attorneys fees.

Based upon the above stipulation and for good cause shown it is **ORDERED, ADJUDGED AND DECREED** that the within cause be and the same is hereby dismissed in its entirety with prejudice.  It is further **ORDERED, ADJUDGED AND DECREED** that each party

shall bear his/its own costs and attorneys fees.


**IT IS SO STIPULATED:**                    **IT IS SO ORDERED:**


 **/s/Francis J. Landry**                    *s/ James R. Knepp II*
Francis J. Landry                           U.S. District  Judge
Attorney for Plaintiff
WASSERMAN, BRYAN, LANDRY
& HONOLD, LLP
1090 West South Boundary, Ste. 500
Perrysburg, Ohio  43551


 **/s/Elizabeth L. Bolduc        ***          1/16/2024
Elizabeth L. Bolduc                                Date
Attorney for Defendant
Eastman & Smith LTD
One Seagate, 27th Floor
P. O. Box 10032
Toledo, Ohio  43699-0032
**\*consent per email 1/15/2024**